Roger L. Grandgenett II, Esq.
Nevada Bar No. 6323
Amy L. Thompson, Esq.
Nevada Bar No. 11907
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile:   702.862.8811
rgrandgenett@littler.com
athompson@littler.com

Attorneys for Defendant
CORNER INVESTMENT COMPANY, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD HARLESS, individually; LORENZO HOOKER, individually; PAUL SLADE, individually; and ANONGLAK PHOUMIPHAT, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CORNER INVESTMENT COMPANY, LLC, a Nevada Limited Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I thought X, inclusive,<br><br>Defendant. | Case No. 2:25-cv-02319-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiffs DONALD HARLESS, LORENZO HOOKER, PAUL SLADE, and ANONGLAK PHOUMIPHAT and Defendant CORNER INVESTMENT COMPANY, LLC, through their counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of December 1, 2025, up to and including **December 31, 2025.**

The Parties agree the requested extension is reasonable and necessary as the parties engage in discussions about an arbitration agreement and its application to the claims in this case.

1  This is the first request for an extension of time to respond to the Complaint. This request is
2  made in good faith and not for the purpose of delay.

Dated: November 24, 2025

ADAMS & HAM TRIAL LAWYERS

/s/ *Artemus W. Ham, Esq.*
Robert M. Adams, Esq.
Artemus W. Ham, Esq.
Maggie A. Difederico, Esq.
Megan M. Adams, Esq.

Attorneys for Plaintiffs
DONALD HARLESS, LORENZO HOOKER, PAUL SLADE and ANONGLAK PHOUMIPHAT

Dated: November 24, 2025

LITTLER MENDELSON, P.C.

/s/ *Amy L. Thompson, Esq.*
Roger L. Grandgenett, Esq.
Amy L. Thompson, Esq.

Attorneys for Defendant
CORNER INVESTMENT COMPANY, LLC,

**IT IS SO ORDERED.**

Dated: 11/26/2025

_____
UNITED STATES MAGISTRATE JUDGE